IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JANE DOE,

    Plaintiff,

v.

                      Civil Action
                      File No.: 3:23-cv-00040-TCB

JAMES HUGHES,

    Defendant.

## CONSENT JUDGMENT

By consent of both parties, it is hereby ORDERED that Plaintiff have judgment against Defendant in the amount of $150,000.00. The amounts awarded in this Judgment are awarded to Plaintiff for compensatory damages based on Defendant's willful and malicious causation of injury to Plaintiff.

IT IS SO ORDERED this 26th day of January, 2024.

_____
The Honorable Timothy C. Batten, Sr.

Consented to by:

_____
Jane Doe, Plaintiff

_____

_____
James Hughes, Defendant

*Prepared by:*
Joseph W. Weeks
Attorney for Plaintiff